U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

OCT 0 5 2011

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.: 11-113-01 |
| VERSUS | JUDGE HAIK |
| MURPHY J. HOLLINGSWORTH, JR. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

The plea hearing in this matter was referred to United States Magistrate Judge Hanna on September 7, 2011. After a review of the plea transcript, and noting the absence of any objections, this Court accepts the plea and enters judgment as follows:

It is **ORDERED, ADJUDGED, and DECREED** that the defendant is guilty to Count 5 of the Indictment, charging him with False Statement or Fraud to Obtain Federal Employees' Compensation in violation of 18 U.S.C. § 1920.

**THUS DONE AND SIGNED** this the 4th day of October, 2011.

JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA